Clerk of the Superior Court
*** Electronically Filed ***
T. Saverino, Deputy
6/18/2026 3:38:39 PM
Filing ID 22258442

Travis C. Hunt, 035491
John S. Bullock, 034950
OSBORN MALEDON, P.A.
2929 North Central Ave., Suite 2000
Phoenix, Arizona 85012
(602) 640-9000
thunt@omlaw.com
jbullock@omlaw.com

Attorneys for Plaintiff

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Broadband Dynamics, LLC, an Arizona limited liability company, | No. CV2026-025464 |
| Plaintiff, | **COMPLAINT** |
| vs. | |
| InboundPro, LLC, a Florida limited liability company, | |
| Defendant. | |

Plaintiff Broadband Dynamics, LLC alleges:

### PARTIES, JURISDICTION, AND VENUE

1.      Plaintiff Broadband Dynamics, LLC ("BBD") provides telecommunications services.  It is incorporated and headquartered in Arizona.

2.      Upon information and belief, Defendant InboundPro, LLC. ("InboundPro") provides end-to-end insurance marketing and service solutions and is a Florida limited liability company.

3.      This court has subject matter jurisdiction over this action pursuant to the Arizona Constitution, Article VI, § 14 and A.R.S. § 12-123.  Venue is proper in this Court under A.R.S. § 12-401 and as agreed upon by the parties in the Services Agreement.  The Service Agreement is attached as **Exhibit A.**

## GENERAL ALLEGATIONS

4. The Service Agreement gives BBD the option to terminate in the event of "non-payment of any sums due" to BBD or "[a] breach by [InboundPro] of any term of this Agreement, express or implied." Ex. A §§ 3(a), (e).

5. The Service Agreement has an Exclusivity clause that states: "Customer may use other telecom suppliers, but agrees not to migrate or port services provided by Broadband to another telecom supplier during the term of the Agreement, including any outbound traffic, toll free traffic or numbers, local services, data or IP services Broadband has serviced at anytime during the Agreement." Ex. A § 9.

6. On May 7, 2026, during the term of the Service Agreement, InboundPro breached the contract with BBD by migrating services to another carrier.

7. Because of InboundPro's breach of the Service Agreement, BBD elected to terminate the Service Agreement.

8. In Sections 11-13 of the Service Agreement, the parties agreed how to calculate the charge that InboundPro would pay if BBD terminated the Service Agreement early due to InboundPro's breaches (i.e., the liquidated damages termination charge ("LDTC")).

9. Based upon the calculation outlined in the Service Agreement, BBD calculates the LDTC at $165,624, inclusive of all applicable fees.

10. BBD has attempted to resolve these issues short of litigation, but InboundPro has not been willing to adequately remedy its breaches.

## COUNT 1: BREACH OF CONTRACT

11. BBD incorporates each paragraph of this Complaint into this cause of action.

12. The parties entered into a contract, which InboundPro breached as described above, causing BBD damage.

13.    This action arises out of a contract, and as a result, BBD is entitled to recover its reasonable attorneys' fees and costs pursuant to A.R.S. § 12-341.01 and Section 16 of the Service Agreement.

**REQUEST FOR RELIEF**

Accordingly, BBD requests that judgment be entered in its favor and against InboundPro, as follows:

A.    For up to $165,624 inclusive of estimated taxes and surcharges in damages resulting from InboundPro's breaches of contract, and for attorneys' fees and costs;

B.    And for such other and further relief as the Court may deem just and proper.

DATED this 18th day of June, 2026.

OSBORN MALEDON, P.A.

By /s/John S. Bullock
   Travis C. Hunt
   John S. Bullock
   2929 North Central Avenue, Suite 2000
   Phoenix, Arizona 85012

Attorneys for Plaintiff

3

# Exhibit A

Docusign Envelope ID: 092B3643-473B-4DCC-B1EE-023336600673



**BROADBAND DYNAMICS**
*high quality, low cost telecom and software solutions*

## SERVICE AGREEMENT

Page 1

For Customer Service, please call: 1-800-277-1580
For Notices of any kind, please mail:
8757 E Via de Commercio, 1st Floor
Scottsdale, AZ 85258

| BBD BUSINESS REPRESENTATION | | | | | | |
|---|---|---|---|---|---|---|
| Retention Manager: | **Ruth Mascardo** | | Sales Representative: | | | |
| COMPANY INFORMATION | | | BILLING INFORMATION (if different than company information) | | | |
| I. Company Name (Service Company Name) **InboundPro, LLC** | | | II. Bill To: **Same** | | | |
| Company Address **3411 Powerline Road Suite 708** | | | Street | | | |
| City **Ft Lauderdale** | State **FL** | Zip Code **33309** | City | | State | Zip Code |
| Contact Person **Chris Bennett** | Phone Number **941-258-2821** | | Billing Contact Person | | Billing Contact Phone Number | |
| Contact Fax Number | Contact Email Address **cbennett@inboundpro.com** | | | | | |

Tax Exemption Status:
If Federal and/or State boxes checked, certificate must accompany order: Federal: ☐ State: ☐ N/A: ☐

Customer requests outbound international and NANP calling to be blocked by BBD ☒ Yes ☐ No
*BBD offers the option to have outbound international and NANP calling capability blocked due to the fraud risk associated with this type of traffic.

**SERVICE TERM** ☒ 12 Months

**SERVICE CHARGES & RATE PLANS**
This is a new Service Agreement that will provide Customer with SIP Outbound and Inbound voice service. Customer will be billed $.0078 per minute Outbound to Continental U.S. and $.0065 per minute DID Inbound from Continental U.S. Customer will be billed $.75 per month per DID number. There is a one-time set up cost of $.50 per new DID.

**SERVICE INVENTORY SUMMARY** (Please complete the Technical Specifications Form with Service Details)

| ☒ | SIP Outbound and Inbound usage – 500 sessions. |
|---|---|

**SIGNATURE BELOW BY YOUR AUTHORIZED REPRESENTATIVE IS YOUR CONSENT TO THE TERMS AND CONDITIONS OF THIS AGREEMENT**

Upon signature of this agreement, Customer elects Broadband Dynamics, LLC. (BBD) as its telecommunications carrier for certain services which may include Outbound, Toll Free and DID voice services, data and internet services. Customer hereby acknowledges they have read and accepted the Terms and Conditions (Attachment A) of this agreement that are available at http://www.broadbanddynamics.com and are incorporated herein by this reference. Customer understands that international rates vary from country to country and are subject to change at any time. Interstate and intrastate rates refer only to 48 contiguous states. North American Outbound and Inbound (Toll Free/DID) calls will be billed a 6 second minimum duration and increment. International calls will be billed a 30 second minimum duration and 6 second increment, with exception of Mexico calls, which will be billed a 60 second minimum duration and increment. All calls are billed accurately to the 4th decimal place. Customer agrees to pay all charges by the due date specified by BBD. BBD may request deposit or terminate service for non-payment by Customer of any sum due to BBD for service for more than (30) thirty days after date of invoice for such service. Customer authorizes BBD to perform the necessary credit investigation to establish their account. Either BBD or Customer may terminate renewal of this Agreement if either Customer or BBD gives written notice at least (90) ninety days prior to renewal period. Customer hereby accepts charges for all loop access beginning from the time circuit is delivered to Customer location, prior to activation. Customer hereby accepts responsibility for billing for access up until date Broadband ceases to be billed by underlying carrier, which will be a minimum of 30 days beyond request for disconnect if service term has been fulfilled, or longer if service term has not been fulfilled.

| Customer | BBD |
|---|---|
| Name (Printed) Chris Bennett | Name (Printed) **Ruth Mascardo** |
| Signature (x) *Signed by:* *Chris Bennett* 835EA998F72740E... | Signature (x) *DocuSigned by:* *Ruth Mascardo* FC8D786E2E2F479... |

Docusign Envelope ID: 0920804J-47JD-4DG0-01EE-0208000000.10

| Company Name | Title |
|---|---|
| **InboundPro, LLC** | **Vice President, Client Services** |
| Title | Date |
| Managing Partner | 12/18/2025 |
| Date | |
| 12/18/2025 | |

| Company Name | Title |
|---|---|
| **InboundPro, LLC** | **Vice President, Client Services** |
| Title | Date |
| Managing Partner | 12/18/2025 |
| Date | |
| 12/18/2025 | |

**bbd** *BROADBAND DYNAMICS*
*high quality, low cost telecom and software solutions*

page 3

# Broadband Dynamics, L.L.C.
# Attachment A: Terms and Conditions

1. <u>Purpose.</u>

   a. This agreement ("Agreement") authorizes Broadband Dynamics, L.L.C. ("Broadband") to select and provide certain telecommunications services as detailed on Pages 1 and 2 of this Agreement.
   b. Customer desires to establish an open account with Broadband based on this Agreement. The Customer understands that by its signature on this Agreement page 2, it agrees and promises to pay for all charges in accordance with the terms of this Agreement.

2. <u>Payment.</u>

   a. Customer agrees to pay all invoices by the last day of each month. It is understood that Broadband or its representative may impose a finance charge on delinquent amounts as follows: an amount equal to the lesser of the maximum lawful rate of interest or three and ninety-nine hundredths of a percent (3.99%) per month will accrue on any unpaid amount commencing on the first day of following month. If notice of dispute as to charges is not received, in writing, by Broadband, within thirty (30) days after date of invoice, such invoice shall be deemed correct and binding upon Customer.
   b. Customer agrees to pay all invoices by the last day of each month, without exception. Customer understands by entering into this Agreement that Broadband may terminate service for non-payment by Customer of any sum due to Broadband for service after the last day of each month, regardless of any disputes that Customer may raise regarding that invoice, with exception being any disputes amounts both parties deem legitimate. In such an instance, Customer will pay all undisputed amounts and Broadband agrees to resolve legitimate disputed amounts within 30 days of verification of legitimacy of dispute.
   c. Customer agrees to pay Broadband for its use and its users' use of the services at the rates and charges specified in this Agreement, without deduction, set-off or delay for any reason, with exception being any disputed amounts both parties deem legitimate. Charges set forth in this Agreement are exclusive of taxes and fees. Broadband will impose a Carrier Cost Recovery Fee ("CCR") of 5.75% of total monthly invoice to defray fees Broadband pays to support government programs; charges BBD is assessed by the FCC; indirect costs incurred by BBD to administer and comply with government programs; costs BBD incurs for Customer invoicing; and to offset a portion of Broadband's costs to originate and terminate calls on other carrier networks. This charge is not a tax or fee assessed by a government agency. This charge is not applicable to Canada based locations.
   d. Should Broadband incur a price increase from the underlying carrier(s) it utilizes to deliver service to Customer, Broadband may increase price to Customer with 30 day notice prior to increase. Within 30 days of notice, Customer must notify Broadband of its intent to accept increase or terminate service without any early termination cost.
   e. Customer agrees to pay all taxes (excluding those on Broadband's net income), surcharges and any related interest relating to the sale, use or provision of the services provided as a result of this Agreement, except to the extent a valid tax exemption is provided by the Customer to Broadband prior to the delivery of services.

**bbd** *BROADBAND DYNAMICS*

*high quality, low cost telecom and software solutions*

page 4

3. <u>Cancellation or Interruption of Service</u>. Broadband may immediately terminate services with cause, suspend service, cancel an application for service, or require customer to deposit funds as security, without incurring any liability, for any of the following reasons:

   a. The non-payment of any sums due Broadband. Prior to any service termination or suspension, Broadband Credit and Collections Department will make a minimum of three attempts either in writing or via telephone to secure payment from Customer.
   b. If Customer receives service as T.1/PRI handoff, the failure of the Customer to generate a minimum of 50,000 minutes per T.1/PRI as measured across the aggregate of all T.1/PRIs for more than 30 days.
   c. If Customer receives service as native SIP handoff, the failure of the Customer to generate a minimum of 2,000 minutes per session as measured across the aggregate of all sessions for more than 30 days.
   d. A violation by Customer of any law, rule, or regulation of any governing authority having jurisdiction over the service.
   e. A breach by Customer of any term of this Agreement, express or implied.
   f. A misrepresentation by Customer in this Agreement or on the credit application or in the providing of any credit or business information to Broadband.
   g. Prohibition from furnishing services by order of a court or other governmental authority having competent jurisdiction.
   h. Usage by Customer beyond the credit limit.
   i. Diminished credit worthiness.
   j. The imposition by the FCC or state or local regulatory authority of amendments, revisions, deletions, or supplements to this Agreement or decisions which impair, modify or prevent Broadband from fulfilling its obligations under this Agreement.
   k. A substantial change in an underlying tariff that affects the ability and right of Broadband to provide services to Customer.
   l. Any open suit against Customer by any state or federal government entity alleging illegal activity.

4. <u>Liability.</u>

   a. Broadband is not liable for any act or omission of any other company or companies furnishing a portion of their services for Customer. Broadband shall not be liable for and Customer agrees to defend, indemnify and hold Broadband harmless for any and all losses, claims, demands, suits, or other actions, or for any liability whatsoever, whether suffered, made, instituted or asserted by Customer or by any other party or person, for any personal injury to or death of, any person or persons, and for loss, damage, defacement of destruction of the premises of Customer or any other property, whether owned by Customer or others, caused or claimed to be caused directly or indirectly by the installations, operation, failure to operate, maintenance, removal, presence, condition , location or use of terminals or other equipment that is not the direct result of Broadband's gross negligence or willful misconduct. No agents or employees of other companies shall be deemed to be agents or employees of

Jocusign Envelope ID: 092d0049-47bD-4bog-y1LL-oZd0000000r0



**BROADBAND DYNAMICS**
*high quality, low cost telecom and software solutions*

page 5

Broadband. BROADBAND SHALL NOT BE LIABLE FOR ANY GENERAL, SPECIAL, INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES WHATSOEVER AS A RESULT OF SERVICES PROVIDED BY BROADBAND.

b.  Broadband's sole liability under this Agreement for interruption of service or failure of equipment shall be limited to that amount of Broadband's actual fixed charges incurred by Customer during the period of such interruption. Broadband shall not be liable for any interruption caused by the negligence or willful act or omission of Customer or any third party furnishing any portion of the service hereunder.

c.  CUSTOMER ACCEPTS THE SERVICE "AS IS," WITH NO REPRESENTATION OR WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NONINFRINGEMENT OF INTELLECTUAL PROPERTY RIGHTS OR ANY IMPLIED WARRANTY ARISING FROM STATUTE, COURSE OF DEALING, COURSE OF PERFORMANCE, OR USAGE OF TRADE. WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, BBD HAS NO OBLIGATION TO INDEMNIFY OR DEFEND CUSTOMER AGAINST CLAIMS RELATED TO INFRINGEMENT OF INTELLECTUAL PROPERTY RIGHTS OR THAT CUSTOMER'S USE OF ANY BBD SERVICES ALLEGEDLY VIOLATED APPLICABLE LAW.

d.  Customer shall be liable to Broadband for any legal fees and the costs incurred to enforce the terms of this Agreement including but not limited to those fees and costs incurred for the collection of delinquent accounts.

5.  <u>Warranties.</u> Unless otherwise expressly provided in the Agreement, BROADBAND MAKES NO WARRANTIES, REPRESENTATIONS, CONDITIONS OR GUARANTEES AS TO MERCHANTABLE QUALITY, FITNESS FOR A PARTICULAR PURPOSE OR ANY OTHER REPRESENTATIONS, WARRANTIES, CONDITIONS OR GUARANTEES REGARDING ANY SERVCIES, FACILITIES OR PRODUCTS PROVIDED BY BROADBAND TO CUSTOMER (including without limitation, those relating to: (A) network transmission capacity; (B) whether voice or data will be transmitted in an uncorrupted form; (c) the security of any transmission or network; (D) the fault tolerance of the service; or (E) the reliability or capability of the service, facilities, equipment, or software of third parties which may be utilized by Broadband in providing, or by Customer in using, the service), WHETHER EXPRESS OR IMPLIED IN LAW OR IN FACT.

6.  <u>Fraudulent Calls/Jurisdiction.</u> Customer shall defend, indemnify and hold Broadband harmless for any and all costs, expenses, claims or actions (including attorney's fees) arising from fraudulent calls of any nature, which may comprise a portion of the service. Customer shall not be excused from paying Broadband for service provided to Customer or any portion thereof on the basis that fraudulent calls comprised a corresponding priority of the service. In the event Broadband discovers fraudulent calls being made, nothing contained herein shall prohibit Broadband from instructing the supplier of service to take immediate action (without notice to Customer) that is reasonably necessary to prevent such fraudulent calls from taking place including, without limitations, blocking service to specific telephone that Broadband suspects of involvement in fraud, provided Broadband shall not be required under any circumstances to take such action. Call jurisdiction determines whether a call is rated interstate or intrastate/lata and for outbound calls is determined by area code of number outpulsed by Customer in call stream and terminating number for traditional long distance T.1 (TDM) service. For SIP outbound service, call jurisdiction is determined by (a) the originating BTN that Customer represents to BBD is the true and accurate location of origination of calls (Customer will provide true

DocuSign Envelope ID: ...

**bbd** **BROADBAND DYNAMICS**
*high quality, low cost telecom and software solutions*

page 6

and accurate BTN to BBD as part of initial site survey/interop) and (b) terminating number. Customer location is not a factor in rating of call unless no number is available in call stream or toll free is outpulsed. Outbound calls to toll free numbers are billed as interstate calls. Broadband bills Customer calls based upon Local Number Portability ("LNP") when providing SIP service.

7. <u>Authorization</u>. Customer authorizes Broadband to notify Customer's local telephone company of any required change related to this Agreement. Broadband is authorized to select and provide all long distance services for Customer including, but not limited to, inbound (8XX), outbound, local and intraLATA service, interstate, intrastate and international, switched and dedicated data and voice unless otherwise stated on application for service. Customer authorizes Broadband to perform the necessary credit investigation to establish this account. Broadband is authorized to select and provide all aforementioned long distance and data/internet services but makes no warranty or representation of its ability to do so successfully.

8. <u>Integration & Completeness</u>. This Agreement constitutes the entire Agreement between the parties with respect to the services described in this Agreement. This Agreement supersedes all prior agreements, proposals, representations, statements or understandings, other business dealings or negotiations, offers and counter-offers, whether written or oral, or the rights and obligations relating to the services described in this Agreement. This Agreement shall not be contradicted, or supplemented by any written or oral statements, proposals, representations, advertisements, service descriptions or other documents not expressly set forth in this Agreement.

9. <u>Exclusivity</u>. Customer may use other telecom suppliers, but agrees not to migrate or port services provided by Broadband to another telecom supplier during the term of the Agreement, including any outbound traffic, toll free traffic or numbers, local services, data or IP services Broadband has serviced at anytime during the Agreement.

10. <u>Governing Law</u>. This Agreement shall be governed under the laws of Arizona and jurisdiction and venue shall be in Maricopa County, Arizona. This Agreement does not provide any third party, including, but not limited to, users with any remedy, claim, liability, reimbursement, cause of action or other right or privilege. CUSTOMER HEREBY ACCEPTS MARICOPA COUNTY, ARIZONA AS EXCLUSIVE JURISDICTION AND VENUE FOR ANY AND ALL CLAIMS ARISING FROM THIS AGREEMENT. CUSTOMER HEREBY AGREES TO REFRAIN FROM ANY CLAIMS OF IMPROPER JURISDICTION OR VENUE CONTESTING MARICOPA COUNTY, ARIZONA AS PROPER JURISDICTION AND VENUE EITHER PRESENTLY OR AT ANY FUTURE DATE.

11. <u>Term</u>.

    a. The initial term of this agreement will be for a period of 12, 24, or 36 months as defined on Page 1 of this Agreement and shall renew upon initial and subsequent anniversary dates for a length of time equal to the initial term stated in this Agreement, unless notice is received by Broadband of Customer's intent not to renew at least 90 days prior to anniversary date, pursuant to Section 12 below.

    b. The term start date will be determined by Broadband in accordance with the type and availability of services provided under this Agreement, including but not limited to, service delivery requirements, local access and site readiness.

Docusign Envelope ID: ...



page 7

c.  The revenue commitment level in this agreement calculates on a per month basis and is applicable only in instance of early termination. This commitment level is an amount equal to Customer's total monthly recurring charges.

d.  The usage commitment level in this agreement calculates on a per month basis and is applicable only in instance of early termination. This commitment level is an amount equal to Customer's average full month usage cost, as measured over all previous months (or if a full month of usage has not accrued, $750 per T.1 if TDM handoff, or $25 per session if SIP handoff).

e.  Customer hereby agrees that its total dollar commitment level to Broadband will equate to the term of this agreement or any months remaining in term (initial or renewal term), multiplied by the combined total of the revenue and usage commitments ("Termination Charge"). This charge is applicable only in instance of early termination.

12. Termination.  Either Customer or Broadband may terminate this Agreement effective on contract anniversary date of initial term or any subsequent renewal term if either Customer or Broadband gives written notice at least ninety (90) days prior to contract anniversary date of initial term or subsequent renewal term. Customer's obligation to pay all charges incurred under this Agreement shall survive termination. Customer shall notify Broadband of any sale, merger or other transaction in which control of Customer or substantially all of Customer's assets is transferred to another person or entity. This Agreement shall be binding on Customer's successors and assigns without limitation.

13. Termination Charge.  If Customer terminates the Agreement without cause, or if Broadband terminates the Agreement for cause, Customer will pay its total dollar commitment to Broadband as defined as the term of this agreement or any months remaining in term (initial or renewal term), multiplied by the combined total of the revenue and usage commitments ("Termination Charge"). Customer hereby acknowledges that any Termination Charge payable under this section is reasonable in light of the anticipated or actual loss caused by the termination and the difficulties of proof of loss. Customer hereby acknowledges that the Termination Charges is not a penalty. Customer will not be required to pay the Termination Charge if Customer enters into a new Agreement accepted by Broadband with an initial term and contract value equal to or greater than the terminated Agreement.

14. Disputes; Injunction; Stay Order.  In the event that a billing or other dispute arises between Customer and Broadband, Customer agrees nonetheless to timely pay the undisputed charges and any charges that accrue thereafter.  Customer agrees that it will not withhold any payment of undisputed charges even though a billing dispute arises.  Broadband agrees that it will make a good faith effort to resolve the dispute by performing a thorough investigation of the matter.  If, as a result of the investigations, Broadband determines that charges are owed to Customer, Broadband agrees to timely return any moneys due to Customer.  Customer does not waive its right to pursue a remedy by litigation. However, if Customer seeks a legal remedy, Customer agrees to not seek an injunction or a stay order that has the purpose or effect of requiring Broadband to provide service despite the fact that Customer has not paid for it.

15. Outage.  Customer acknowledges that all telecommunications carriers have service outages and as such Broadband is not liable for failures in the telecommunication network ("outages") provided to Customer.  Accordingly, Customer agrees that in the event an outage affects service provided to Customer, Customer will nonetheless timely pay charges under this Agreement.  Customer agrees that outages do not constitute any basis for failing to timely pay its bill under any circumstances.

DocuSign Envelope ID: 03203049-4780-4000-0422-023003030640



**BROADBAND DYNAMICS**
*high quality, low cost telecom and software solutions*

page 8

16. <u>Collection Costs</u>. If at any time, for any reason, the Customer is unable to pay for services provided by Broadband when charges become due, and in the event it becomes necessary for Broadband to incur collection costs or institute suit to collect any amount due under this Agreement or any portion thereof, the Customer promises to pay such addition costs, charges and expenses including reasonable attorney's fees if the account is placed in the charge of attorneys for collections. If at any time, for any reason, Customer is unable to pay for said usage due, and service is interrupted for nonpayment of usage occurred under this Agreement or any portion thereof, the Customer promises to pay such additional disconnection and reconnection costs. Customer shall be liable to Broadband for; 1) any loss or theft or damage to any of Broadband's equipment located on Customer's premises, however caused; and 2) for any fraud arising from Customer's usage. Customer shall defend, indemnify, and hold Broadband harmless from any and all claims arising therefrom and for any claims for libel, slander, infringement of copyright, trademark, tradename or trade secret arising out of the contents of Customer's transmissions using Broadband's service or equipment or service or equipment provided under this Agreement. Customer shall be liable to Broadband for any legal fees or other costs incurred to enforce the terms of this Agreement, including those fees and costs incurred for the collection of delinquent accounts.

17. <u>Use of Information</u>.
    a.  All technical or business information, or other materials that are disclosed by either party to the other in the course of performing this Agreement shall be considered proprietary information of the disclosing party. Proprietary information encompasses such information that is in written or other tangible form, regardless of whether such information is marked as "proprietary" or "confidential".
    b.  Each party's proprietary information shall, during the term of this Agreement and for a period of three (3) years following its disclosure: 1) be held in confidence; 2) be used only for purposes of performing this Agreement (including in the case of Broadband, the ability to monitor and record transmissions in order to detect fraud, check quality, and to operate, maintain and repair the services provided under this Agreement) and using the services provided under this Agreement; and 3) not be disclosed except to the receiving party's employees, agents and contractors having a need-to-know (provided that such agents and contractors are not direct competitors of either party and agree in writing to use and disclose restrictions as restrictive as this provision 17 of the Agreement), or to the extent required by law (provided that prompt advance notice is provided to the disclosing party to the extent practicable). The restrictions in this provision may not apply to information that: 1) is independently developed by the receiving party; or 2) as lawfully received by the receiving party free of any obligation to keep it confidential; or 3) becomes generally available to the public other than by breach of this Agreement.

18. <u>Publicity and Announcements.</u>  No public statements or announcements relating to this Agreement shall be issued by either party without the prior written consent of the other party. Each party to this Agreement also promises not to display or use, in advertising or otherwise, any of the other party's tradenames, logos, trademarks, service marks or any other indicia of origin without the other party's prior written consent, provided that such consent may be revoked at any time by the party issuing such consent.

19. <u>General Provisions Under this Agreement</u>.
    a.  Any supplement, modification, waiver or addendum to or of any provision of this Agreement must be in writing and signed by authorized representatives of both parties. A waiver by either

**bbd** **BROADBAND DYNAMICS**
*high quality, low cost telecom and software solutions*

page 9

party of any breach of this Agreement shall not operate as a waiver of any other breach of this Agreement. Notwithstanding the aforementioned, foregoing or anything contained herein, the parties acknowledge and agree that Broadband retains the exclusive right to make periodic changes or updates to these Terms and Conditions upon 30 day advance notice, provided to Customer via the "Important Messages" section on the Broadband monthly invoice.

b.  This Agreement may not be assigned by either party without the prior written consent of the other, except that either party may, without the consent of the other assign this Agreement to a present or future affiliate or successor, provided that any such assignment by the Customer shall be contingent upon Broadband determining the assignee to be creditworthy and in compliance with any eligible criteria as described in this Agreement. Should Customer not notify Broadband of assignment and assignee utilize service provided by Broadband, assignee hereby accepts full liability for any and all payment and contractual obligations pursuant to this Agreement.

c.  Broadband may subcontract work to be performed under this Agreement, but shall remain responsible and liable for all such work subcontracted.

d.  If any portion of this Agreement is found to be invalid or unenforceable, the remaining provision shall remain in effect and the parties shall promptly negotiate to replace invalid or unenforceable portions that are essential parts of this Agreement.

e.  All notices under this Agreement shall be in writing and either mailed or sent by facsimile to each party at the address set forth on the cover page of this Agreement or other such address that a party indicates in writing.

f.  The respective obligations of the parties to this Agreement, which by their nature would continue beyond the termination or expiration of this Agreement, including but not limited to the obligations regarding confidentiality, publicity and proprietary information, and limitations on liability, shall survive termination or expiration of this Agreement.

21. <u>Liability and Disclaimer Warranties.</u> The Customer agrees not to hold Broadband liable for any failure, delay, errors, mistakes, defects, or disruption of services provided under this Agreement. Customer also shall indemnify and hold Broadband and the supplier of services harmless from any and all costs, expenses, damages, claims, or actions (including attorney's fees): 1) for libel, slander, infringement of property right, or unauthorized use of any trademark name or service mark arising out of transmitted material, date, information, or other content; 2) for patent infringement arising from combining or connecting facilities of a supplier with apparatus and systems of the Customer; 3) for any personal injury to, or death, of any person or persons, and any loss or damage, defacement or destruction of the premises of the Customer or any other property, whether owned by the Customer or others, caused or claimed to have been caused directly or indirectly by the installation, operations, failure to operate, maintenance, removal, presence, condition, location or use of equipment or wiring provided by Broadband where such installation, operation, failure to operate, maintenance, removal, presence, condition, location or use is not the direct result of Broadband's gross negligence or willful misconduct; 4) for any other loss or damage arising out of or in any way connected with this Agreement or the services contemplated by this Agreement. No agents or employees of any other carrier shall be deemed to be agents or employees of Broadband.

22. SIP Service
    a.  Customer acknowledges and understands that SIP Service uses data connectivity to deliver calls and that there are IMPORTANT DIFFERENCES between SIP Service and traditional telephone service as set out in these Terms and Conditions.

Docusign Envelope ID: 0320004J-47JD-4DUU-01LL-UL0000000010



**BROADBAND DYNAMICS**
*high quality, low cost telecom and software solutions*

page 10

b. <u>Limitations.</u> 9-1-1 service associated with Customer's SIP Service has certain limitations compared with traditional 9-1-1 service, which are as follows:

  i. If Customer dials 9-1-1, Customer will be automatically routed to a specialized call center that handles emergency calls. The call center is different from the Public Safety Answering Point (PSAP) that would answer a traditional emergency call. Customer may be required to provide name, telephone number and address to the call center operator.
  ii. Customer agrees to notify Broadband immediately should Customer INTEND to change use of Customer Service, including without limitation, should Customer move the location or municipal address from which Customer uses Service, by telephone at 1-888-801-1034 to ensure Customer maintains 9-1-1 service.
  iii. Customer understands and acknowledges that a) should Customer change its use of Service without first notifying Broadband and/or b) should Customer choose to operate its service outside of Customer municipal address as registered with Broadband either temporarily or permanently, 9-1-1 service will not operate properly and Customer's ability to access 9-1-1 service will be adversely affected
  iv. CUSTOMER ACKNOWLEDGES AND AGREES THAT BROADBAND, ITS AFFILIATES, DIRECTORS, EMPLOYEES, AGENTS AND UNDERLYING CARRIERS, WILL NOT BE LIABLE FOR ANY INJURY, DEATH OR DAMAGE TO PERSONS OR PROPERTY, ARISING DIRECTLY OR INDIRECTLY OUT OF, OR RELATING TO THE 9-1-1 SERVICE AND CUSTOMER AGREES TO INDEMNIFY AND HOLD HARMLESS BROADBAND (AND THEIR RESPECTIVE DIRECTORS, OFFICERS, EMPLOYEES, AGENTS AND UNDERLYING CARRIERS) FOR ANY LIABILITIES, CLAIMS, DAMAGES, LOSSES AND EXPENSES, (INCLUDING REASONABLE LEGAL FEES AND EXPENSES) WHICH CUSTOMER MAY SUFFER OR INCUR, ARISING DIRECTLY OR INDIRECTLY OUT OF OR RELATING TO 9-1-1 SERVICE USED WITH BBD SIP.

c. <u>Service Outages.</u> Customer acknowledges and understands that during Internet or dedicated connection service outages for any reason whatsoever, or BBD network outages, Customer's Service INCLUDING 9-1-1 SERVICE, will not work.

d. <u>Loss of Service Due to Power Failure.</u> Customer acknowledges and understands in the event of a power failure, Customer's Service, INCLUDING 9-1-1 SERVICE will not work. If there is an interruption in the power supply, 9-1-1 SERVICE, will not function until power is restored. A power failure or disruption may require Customer to re-set or reconfigure equipment prior to using the Service.

e. <u>Service Outage Due to Suspension of Customer Account</u>. Customer acknowledges and understands that service outages due to suspension of Customer account as a result of billing issues will prevent Service, INCLUDING 9-1-1 SERVICE, from functioning.

23. <u>Compliance with Laws and BBD's Acceptable Use Policy</u>. In using the Services, Customer agrees to comply with all applicable laws and Broadband's Acceptable Use Policy, which is attached and incorporated herein by reference. Without limiting the generality of the foregoing, Customer will not engage in any unsolicited advertising, marketing, or other activities using the Services, including without limitation, any activities that violate laws applicable to advertising, electronic communications, and telemarketing, including, but not limited to, Section 5 of the FTC Act (15 U.S.C. § 45), the CAN-SPAM Act (15 U.S.C. §§ 7701-7713), the Telemarketing Consumer Fraud and Abuse Prevention Act (15 U.S.C.

DocuSign Envelope ID: 69283049-473D-4DCC-DTEE-6230303330AC



**BROADBAND DYNAMICS**

*high quality, low cost telecom and software solutions*

page 11

§§ 6101-6108), the Federal Trade Commission Telemarketing Sales Rule (16 C.F.R. § 310 et seq.), the Telephone Consumer Protection Act (47 U.S.C. §§ 227), the Federal Communications Commission regulations (47 C.F.R. 64.1200 et seq.) and orders implementing the Telephone Consumer Protection Act and the Commission's enforcement powers thereunder, including under 47 C.F.R. § 1.80, and all federal and state Do Not Call and calling-time restriction laws and regulations.

24. <u>Indemnification.</u> Customer will indemnify, defend and hold harmless Broadband from and against any and all losses, liabilities, claims, causes of action, demands, or damages of every kind brought by a third party, including all judgments, settlements, interest, awards, penalties, fines, costs, or expenses of whatever kind, including expenses of litigation, regulatory proceeding, or arbitration, court or arbitration costs and attorneys' fees and other professional fees that Broadband may incur as a result of such third-party claims or regulatory enforcement proceedings, demands, or causes of action (collectively, "Losses") arising out of or in connection with any claim arising from or relating to (a) Customer's alleged breach of or activities under this Agreement; or (b) Customer's use of the Services, including, without limitation, any use that violates Broadband's Acceptable Use Policy. Customer's indemnification obligations under this Section shall apply regardless of who may be at fault or otherwise responsible under any statute, rule, or theory of law, including but not limited to theories of strict liability, including, but not limited to, claims relating to or brought under the Telephone Consumer Protection Act or the Federal Communications Commission's enforcement authority, including, without limitation, under 47 C.F.R. § 1.80, or similar state and federal laws, and even though the subject loss, damage, or injury may have been caused in whole or in part by the concurrent, active, or passive negligence of Broadband or a defect in the Services. This indemnification obligation is subject to Customer receiving (i) prompt written notice of such claim (but in any event notice in sufficient time for Customer to respond without prejudice); (ii) the exclusive right to control and direct the investigation, defense, or settlement of such claim; and (iii) all necessary cooperation of Broadband at Customer's expense. Notwithstanding the foregoing sentence, (a) Broadband may participate in the defense of any claim by counsel of its own choosing, at its cost and expense and (b) Customer will not settle any claim without Broadband's prior written consent, unless the settlement fully and unconditionally releases Broadband and does not require Broadband to pay any amount, take any action, or admit any liability. This Section shall survive the termination of this Agreement.

Person Filing: John Bullock

Address (if not protected): 2929 N. Central Ave., 20th Fl.

City, State, Zip Code: Phoenix, AZ 85012

Telephone: (602)640-9328

Email Address: jbullock@omlaw.com

Representing [ ] Self or [☒] Attorney for:

Lawyer's Bar Number: 034950, Issuing State: AZ

Clerk of the Superior Court
*** Electronically Filed ***
T. Saverino, Deputy
6/18/2026 3:38:39 PM
Filing ID 22258446

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Case Number: CV2026-025464

Broadband Dynamics, LLC an Arizona limited
liability company

Name of Plaintiff

AND

**SUMMONS**

InboundPro, LLC a Florida limited liability
company

Name of Defendant

**WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** InboundPro, LLC a Florida limited liability company

Name of Defendant

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to <u>Clerk of the Superior Court, or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation</u>. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the document in this case.

AZturboCourt.gov Form Set #13556575

3. If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5. Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6. Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this Date: *June 18, 2026*

*NANCY RODRIGUEZ*
Clerk of Superior Court

By: *T. SAVERINO*
Deputy Clerk



If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.